1  MICHAEL J. BRADY (SBN 40693)
   ENRIQUE MARINEZ (SBN 160956)
2  JENNIFER ACHESON (SBM 130833)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA 94063
4  Telephone:  (650) 364-8200
   Facsimile:  (650) 780-1701
5
6  Attorneys for Defendant
   USAA CASUALTY INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

10

11 KERN SMITH and SOLETTE SMITH,          CASE NO. C05-1183 SI

12           Plaintiffs,                  **STIPULATION AND ORDER TO
                                          CONTINUE: 1) HEARING OF USAA'S
13     v.                                 MOTION TO DISMISS AND MOTION TO
                                          STRIKE; 2) CASE MANAGEMNT
14 USAA CASUALTY INSURANCE                CONFERENCE, AND 3) OTHER CASE
   COMPANY, and DOES 1 through 100,       SCHEDULING DATES**
15 inclusive,

16           Defendants.

17

18     By and through their counsel of record herein, the parties to this action, agree and stipulate

19 as follows:

20     1.  Whereas, the parties stipulated, and the Court entered an Order on May 10, 2005, to

21 continue the hearing of USAA Casualty Insurance Company's Motion to Dismiss and Motion to

22 Strike from May 20, 2005 to July 1, 2005, at the request of plaintiff;

23     2.  Whereas unanticipated conflicts have arisen on July 1, 2005 for USAA Casualty

24 Insurance Company's counsel, in that Enrique Marinez is now in trial in a case entitled, <u>Baptist v.</u>

25 <u>Robinson, Jr.; Thomas Fogarty Winery and Vineyards; and Macro Plastics, Inc.</u>, Santa Clara

26 County Superior Court Case No. 1-04-CV-013045, which commenced on June 8, 2005 and is

27 anticipated to continue to July 15, 2005, and neither backup defense counsel Jennifer Acheson nor

28 Michael Brady will be in town on July 1, 2005;

RC1/376171.1/DM1                              STIPULATION AND ORDER TO CONTINUE
                                              HEARING ON USAA'S MOTION TO DISMISS AND
                                              MOTION TO STRIKE C05-1183 SI

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    3.  Whereas USAA's counsel desires to continue the Case Management Conference and
2  Case Schedule Dates *after* the hearing on USAA's Motions to Dismiss and to Strike, inasmuch as
3  the pleadings will not be settled and the case will not be at issue until the Motion to Dismiss and
4  Motion to Strike are heard and determined by the court;

5    4.  While plaintiff's counsel disagrees that the pleadings need to be settled prior to the
6  Case Management Conference, plaintiff's counsel agrees to continue the existing Case
7  Management Conference and Case schedule Dates because of the unavailability of defendant's
8  counsel and the parties have therefore agreed as set forth below:

9    Now, the parties hereby stipulate that the hearing on the Motion to Dismiss and Motion to
10  Strike be continued from July 1, 2005 to August 5, 2005 at 9:00 a.m. in Courtroom 10, Judge
11  Susan Illston presiding; and that the Case Schedule Dates be continued as follows:

12    (1) Last day to meet and confer re initial disclosures, early settlement, ADR process
13  selection, and discovery plan, from July 8, 2005 to July 25, 2005;

14    (2) Last day to file joint ADR Certification with Stipulation to ADR process of Notice of
15  Need for ADR Phone Conference from July 8, 2005 to July 25, 2005;

16    (3) Last day to complete initial disclosures or state objection in Rule 26(f) Report,
17  file/serve Case Management Conference, and file/serve Rule 26(f) Report from July 22, 2005 to
18  August 15, 2005; and

19    (4) The Case Management Conference in Courtroom 10, at 2:00 p.m. from July 29, 2005 to
20  September 9, 2005 at 2:00 p.m.

21  Dated: June __, 2005

22
23  _____
    Jennifer Acheson
24  Enrique Marinez
    Counsel for Defendant USAA Casualty Insurance Company
25  ///
26  ///
27  ///
28

RC1/376171.1/DM1                           - 2 -         STIPULATION AND ORDER TO CONTINUE
                                                         HEARING ON USAA'S MOTION TO DISMISS AND
                                                         MOTION TO STRIKE  C05-1183 SI

///

Dated: June 27, 2005

[signature]

Laurence F. Padway
Attorney for Plaintiff Kern and Solette Smith

IT IS SO ORDERED.

Dated: June __, 2005

Honorable Susan Illston
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]