IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>USAA CASUALTY INSURANCE,<br><br>        Defendant.<br>                                  / | No. C 05-01183 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 2, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 5, 2006.

DESIGNATION OF EXPERTS: Pltf: 5/15/06, Deft: 5/29/06; SUPPLEMENTAL: 6/12/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 7, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by 5/26/06;

    Opp. Due 6/9/06; Reply Due 6/16/06;

    and set for hearing no later than June 30, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 8, 2006 at 3:30 PM.

JURY TRIAL DATE: August 14, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The October 3, 2005, mediation session shall occur as scheduled.

The parties shall engage in no further discovery pending mediation.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/12/05

                                                              SUSAN ILLSTON
                                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KERN SMITH,                      No. C 05-01183 SI

         Plaintiff,               **PRETRIAL PREPARATION ORDER**

    v.

USAA CASUALTY INSURANCE,

         Defendant.
                                     /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 2, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 5, 2006.

DESIGNATION OF EXPERTS: Pltf: 5/15/06, Deft: 5/29/06; SUPPLEMENTAL: 6/12/06.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 7, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by 5/26/06;

     Opp. Due 6/9/06; Reply Due 6/16/06;

     and set for hearing no later than June 30, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 8, 2006 at 3:30 PM.

JURY TRIAL DATE: August 14, 2006 at 8:30 AM.,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The October 3, 2005, mediation session shall occur as scheduled.

The parties shall engage in no further discovery pending mediation.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/12/05

                                                       SUSAN ILLSTON
                                                       United States District Judge