1 | MICHAEL J. BRADY (SBN 40693)
ENRIQUE MARINEZ (SBN 160956)
2 | JENNIFER ACHESON (SBM 130833)
ROBERTS, MAJESKI, KOHN & BENTLEY
3 | 1001 Marshall Street
Redwood City, CA 94063
4 | Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendent
USAA CASUALTY INSURANCE COMPANY

LAURENCE F. PADWAY (SBN 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501

Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiffs
KERN SMITH and SOLETTE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| KERN SMITH and SOLETTE SMITH, | CASE NO. C05-1183 SI |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS** |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

The parties having reached a settlement in this case, IT IS STIPULATED that this action be dismissed with prejudice.

Stipulation and Order to Dismiss

Dated: December 16, 2005

/s/ *Enrique Marinez*
Enrique Marinez
Counsel for Defendant USAA Casualty Insurance Company

Dated: December 16, 2005

/s/ *Laurence F. Padway*
Laurence F. Padway
Attorney for Plaintiff Kern and Solette Smith

IT IS SO ORDERED.

Dated: December __, 2005

Hon. Susan Illston
United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

Stipulation and Order to Dismiss          Page 2 of 2